**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01479-CR

### ZACHARIAH ARTHUR WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F13-53277-J

## ORDER

The Court **REINSTATES** the appeal.

On July 25, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Oliphant will file appellant's brief by September 25, 2014.

We **ORDER** appellant to file his brief by **SEPTEMBER 25, 2014**. Because the brief is already more than four months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE